Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

FILED AU



# UNITED STATES DISTRICT COURT

for the

*Eastern* District of *Virginia*

*Alexandria* Division

2020 FEB -5 A 10: 51

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

Davetta Lynn Range
_____
Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Amazon.com Et Al... (5)  See pg 2
_____
Defendant(s)

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. __1:20 cv 123__
(to be filled in by the Clerk's Office)

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS *& Injunction*
### (Non-Prisoner Complaint)

*Negligence*
*to Not Hinder My*
*copyright Directives*

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to
electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social
security number or full birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of an individual's
birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any
other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in
forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name          Davetta Lynn Range

Address       P O Box 0521

              Oxon Hill          MD          20750
              *City*             *State*      *Zip Code*

County        Prince Georges

Telephone Number    (301) 248-3269

E-Mail Address      MISSIONARYBLMM@gmail.com

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name          Dana Van Metre

Job or Title *(if known)*    Clerk in Office of the Clerk EDVA

Address       401 Courthouse Square

              Alexandria         VA          22314-5798
              *City*             *State*      *Zip Code*

County        Alexandria

Telephone Number    (703) 299-2100

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name          Magistrate Judge Michael S Nachmanoff

Job or Title *(if known)*    EDVA Magistrate Judge Alexandria Court House

Address       401 Courthouse Square

              Alexandria         VA          22314-5798
              *City*             *State*      *Zip Code*

County        Alexandria

Telephone Number    (703) 299-2100

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
    Name                    Judge Anthony J. Trenga
    Job or Title *(if known)*  Alexandria Federal Judge EDVA
    Address                401 Courthouse Square
                          Alexandria   VA   22314-5798
                          *City*      *State*    *Zip Code*
    County               Alexandria
    Telephone Number     (703) 299-2100
    E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 4
    Name                    Stacey
    Job or Title *(if known)*  Librarian Law Library Courthouse
    Address                401 Courthouse Sq.
                          Alexandria   VA   22314-5798
                          *City*      *State*    *Zip Code*
    County               Alexandria
    Telephone Number     703 299-2100
    E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

※ Defendant 5

**II.**  **Basis for Jurisdiction**      AMAZON.COM    Seattle Wash [only if it's Governmental.]

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☒ Federal officials (a *Bivens* claim)

    ☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    Article 1, Section 8, Clause 8 Exclusive Rights
    The FAIR Justice System [Constitution] → Copyright Law

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?   Copyright Protections; Constitutional Government Help
Enforcing my Copyright Directives; No Defamation; No Treason; Constitutional Congressional Regulation of Commerce (State Fed & Int'l)

Constitution
Article 1
Section 8
Clauses 3+10
& 8

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

also the Congress Enforced Punishing of Piracies, AMAZON IS giving others Incentives to Copy Right Infringe (This week Feb 3-8, 2020) They Sell shirts for A Fraud Event Unauthorized and called "BLACK LIVES Matter At School"

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Each Defendant PreJudged Me, AND Both RACISM AND SEXISM seemed to be the Reason. DISCRIMINATION IN behavior Rights AND VIOLATION Of the Constitution OCCURRED AND most Refused to Speak Directly to Me, but whispered + Never Saw Me or My Rights.

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Today 2-5-2020 When I Came IN, I was denied the Right to use the Courthouse Library Down Stairs. The Clerk office said I could not, since my case was dismissed, but I can still Appeal? VIOLATION I A rights

A.    Where did the events giving rise to your claim(s) occur?

(Initially) Together In the Clerk of the Courts Office, I noticed how Rude Ms Dana was, I even told the Marshalls - She Charged me $11.00 The First Day 12/31/2019 For Copies of Documents that were free. She kept saying what I would not be able to do or Finish. These were Distractions. When t came back the Second time (JAN 7, 2020) I worked from @ 9AM - 11AM Finishing the Filings Packet

B.    What date and approximate time did the events giving rise to your claim(s) occur? but left at 3pm (Snow Day)

@ 12 Noon Magistrate Judge Michael S NACHMANOFF is SAID to have Ruled to Dismiss my case! They knew I was Finishing the Information Pro Se Packet and this became a distraction. He Never looked at the New Info that I did Not finish sharing when entering the Fed Courthouse on New Years Eve. It Copyright Law - I am the whistleblower owner of the Intellectual Property. I Just want all Rights Reserved.

*sidebar
I Got this
Letter R+R
on the
13th of Jan
By US Mail

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? + What Was anyone else involved? Who else saw what happened?)* is Due.

The Entire Office Saw me working on my pro se packet - but I had to Stop to Study the Rules + answer the Magistrate Judges Report + Recommendation not based on the full case. He dismissed it and would Have me be disenfranchised, Rather than Freeze + Seize my Copyright Rights to make money + Decisions on my work. Questions come up. Then the Congressional House Deputy General Counsel Admitted to saying/speaking to Someone Here to have the Case Dismissed. I said "if" and he corrected me saying "when". This is Misconduct. He had the shell of the case + not the meat of It - FACTS! PIRACY must bring Reparations.

Page 4 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Feb 3-8 2020: This Week A Huge PIRACY Misleads The Public Into Theft by Deception — IT IS Called "Black Lives MATTER At School". (UnAuthorized FRAUD)

IV. (Injuries)

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

The Boldest Harshest Injury is occurring this week! "Black Lives Matter at School" This Piracy Rocketeering Event is Unauthorized and Disrespects me & My parents who are all Certified Teachers & They are Retired. Its a Burden + embarrassment to them to be so Disrespected. They wonder how I take It and assume It does damage — yet God only lets me get through... I suffer and go without. I have No Car (Stolen) No Cell phone; No House of My Own. But George Soros gave $33 million for My Work. Where is it? MISAPPROPRIATED IS Stolen,

V. Relief   My Mom Goes to Therapy / My Dad Hates Me. (How do I get that ♥ Back?)

— Those caused BLM As School to Go Forward

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. Amazon Pays 2 Billion Dollars Extra! [New Emeries]

EACH Def pays $250 M Defamation — Fed Courts

— I WANT the Courts to Immediately Freeze & Seize The assets of all Defendants, especially the ones (Today 2-5-2020)

— END BLACK Lives MATTER At School openly with Arrests This Week — #ALMBUM AS IS FEBRUARY 23-29 2020

— I want the Courts to Enforce My Copyright in the media or Pay me The Defamation Amounts I ask for and then I can Publicize. Get a phone, office, website etc.

— I want $250 million per organization per year for these Hardships. My Parents Deserve the extended overflowing amounts and the peace of seeing My work for God paid off. I owe in gratitude Many churches & orgs that Help me "walk on water". Who else can live in a tentative situation and Have Peace to be effective. I Pray & Many Pray for Me. They deserve my gifts.

— Seize Every BLM Shirt or Item Sold by Amazon (Raid them of all ___ Lives Matter Goods. All Lives Matter, Black Lives Matter, Blue Lives Matter etc. — Statutory Damages + All Rights Reserved.

Page 5 of 6

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    2-5-2020

Signature of Plaintiff    _Dawetta Lynn Range_

Printed Name of Plaintiff    DAVETTA LYNN RANGE

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

_____    _____    _____
City                State    Zip Code

Telephone Number    _____

E-mail Address    _____