FILED: August 24, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1345 (L)
(1:20-cv-00123-CMH-IDD)

_____

DAVETTA LYNN RANGE

      Plaintiff - Appellant

v.

DANA VAN METRE, Clerk in Office of the Clerk EDVA; Official Capacity; MICHAEL NACHMANOFF, Official Capacity; ANTHONY J. TRENGA, Official Capacity; STACEY, Librarian Law Library Courthouse; Official Capacity; AMAZON.COM; ANDREI IANCU; STENY H. HOYER; ROBERT C. SCOTT; UNIVERSITY OF SOUTHERN CALIFORNIA; COLOR OF CHANGE JAMES RUCKER; BLACK LIVES MATTER FOUNDATION; JOHN C. STOKES; BLACK LIVES MATTER VT LTD; NEW YORK BLACK LIVES MATTER INC; BLACK LIVES MATTER VANCOVER WA & CA; BLACK LIVES MATTER GREATER ATLANTA; DATA FOR BLACK LIVES; BILL MONTGOMERY; US COMMERCE DEPT MBDA; JOHN PODESTA; PAUL SENNOTT; BLACK LIVES MATTER NETWORK INC; BLACK LIVES MATTER TORONTO; BONNIE JARRETT; BRIAN A. JACKSON; RICHARD GERGEL; DCRA DEPT OF CONSUMER & REG AFFAIRS; APRIL GOGGINS; ACT BLUE PAC; MELANIE CAMPBELL; TONY LEE; GEORGE SOROS; STEVE LINICK; MARK RIDLEY THOMAS; BLUU & UUA CHURCH; AME CHURCH; FACEBOOK; WIKIPEDIA & WIKIMEDIA; TWITTER; GOOGLE; BLACK LIVES MATTER.COM; BLACK LIVES MATTER 5280; BEN CRUMP; MACMILLAN PUBLISHERS; ASPEN IDEAS; ENDURANCE INTERNATIONAL GROUP INC; DEMOCRATIC NATIONAL COMMITTEE & CONVENTION; UNITED NATIONS; ACLU HQ; LAW FOR BLACK LIVES; ALAMEDA COUNTY; NAACP; VIACOM/BET; THE

MOVIE: THE HATE U GIVE; DA LA COUNTY; ROBERT C. SCOTT; THE TASKFORCE ON 21ST CENTURY POLICING; ANTHONY BROWN; SOUTHERN POVERTY LAW CENTER; THE HOUSE OF REPRESENTATIVES; BARBARA LEE-ODOM; LARRY GOSSETT; DEMOCRACY ALLIANCE; ALICIA GARZA; PATRISSE CULLORS; OPAL TOMETI, Women Claiming to be cofounders of my work; SA RACHEL ROLLINS; BLACK LIVES MATTER PHILLY; BLACK LIVES MATTER AT SCHOOL; NEA ED JUSTICE; THE WASHINGTON POST; THE NY POST & AP; SEATTLE WEA @OURVOICEWEA; JESSE HAGOPIAN; SHAUN KING; DERAY MCKESSON; ASA KHALIF; SAM SINYANGWE; ALFRED STREET BAPTIST CHURCH; TIFFANY LOFTIN; PASTOR JAMAL BRYANT; TUFTS UNIVERSITY; PASTOR OTIS MOSS, III; THE STATE OF MARYLAND; THE STATE OF FLORIDA; THE STATE OF GEORGIA; THE STATE OF MISSISSIPPI; THE STATE OF NEW JERSEY; THE STATE OF NEW YORK; THE STATE OF NORTH CAROLINA; THE STATE OF PENNSYLVANIA; THE STATE OF VIRGINIA; THE STATE OF WASHINGTON; THE STATE OF WEST VIRGINIA; BLAVITY MAG.; MOVEMENT FOR BLACK LIVES MATTER ACTION FUND; BLACK LIVES MATTER MEMPHIS; SAN ANTONIO BLACK LIVES MATTER

    Defendants - Appellees

------------------------

No. 20-1349
(1:19-cv-01647-CMH-IDD)

------------------------

DAVETTA LYNN RANGE

    Plaintiff - Appellant

v.

AMAZON JEFF BEZOS; ANDREI IANCU, Under Secy of Commerce USPTO; STENY H. HOYER, House Majority Leader- Deomocratic Party; ROBERT C. SCOTT, Home Education (Dept-Committee Chair); FACEBOOK; WIKIPEDIA; TWITTER; ACT BLUE; UNIVERSITY OF SOUTHERN CALIFORNIA; MBDA GRANT RECEIVERS (BLMLA); REGENTS OF THE UNIVERSITY OF CALIFORNIA LOS ANGELES & OAKLAND; COLOR OF CHANGE; BLACK LIVES MATTER FOUNDATION; JOHN C. STOCKS, Chair of Board

Open Society & NEA President; NEA; BLACK LIVES MATTER VT LTD; NEW YORK BLACK LIVES MATTER INC; BLACK LIVES MATTER VANCOUVER; BLACK LIVES MATTER GREATER ATLANTA; DATA FOR BLACK LIVES; BILL MONTGOMERY, Maricopa County Attorney/Owns TP USA; TURNING POINT USA; US COMMERCE DEPT MBDA, President Henry Childs II; JOHN PODESTA, Cap; PAUL SENNOTT, Attorney, Trademark Petitioners (unauthorized); JOHN ZAVEZ, Client, Trademark Petitioners (unauthorized); ETHAN FORREST, Attorney; BLACK LIVES MATTER NETWORK INC, Corporation ? Corporation Trust Center; BLACK LIVES MATTER TORONTO; BONNIE JANETT, NFL, Intellectual Property Counsel; JEFF PASH, Intellectual Property Counsel; JUDGE BRIAN A. JACKSON, Judge who threw out a BLM case; RICHARD GERGEL, Judge & Speaker at Aspen Ideas; DCRA DEPT OF CONSUMER & REG AFFAIRS, EIN Registrat for DC Govt; APRIL GOGGINS, (unauthorized), Fraud Pirate, BlackLivesMatterDMV.org; ACT BLUE PAC; MELANIE CAMPBELLE, President; NCBCP; TONY LEE, Rev, Pastor; GEORGE SOROS, Owner of the Open Society Foundation; PATRICK GASPARD, President of the Open Society Foundation; OPEN SOCIETY FDD; STEVE LINICK, OIG, Office of the Inspector General State Dept; MARK RIDLEY THOMAS, Supv; UUA CHURCH; SUSAN F. GREY, Rev, Dr, President; AME CHURCH

    Defendants - Appellees

———————————

## J U D G M E N T

———————————

  In accordance with the decision of this court, the judgment of the district court is affirmed.

  This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

            /s/ PATRICIA S. CONNOR, CLERK