IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

DAVETTA LYNN RANGE,      )
              )
   Plaintiff,       )
              )
  v.           )  1:20-cv-123 (LMB/TCB)
              )  1:19-cv-1647 (LMB/TCB)
DANA VAN METRE, et al.,    )
              )
   Defendants.      )

## ORDER

Although these consolidated civil actions have been dismissed, plaintiff pro se Davetta Lynn Range ("plaintiff" or "Range") continues to file multiple motions, all of which have been denied. On August 24, 2020, the United States Court of Appeals for the Fourth Circuit affirmed dismissal of both actions as frivolous and for failure to state cognizable claims and affirmed denial of various motions. [Dkt. No. 62].  The plaintiff's request for rehearing *en banc* was denied on October 6, 2020 [Dkt. No. 65], and the mandate was entered on October 16, 2020. [Dkt. No. 66].

While her appeals were pending before the Fourth Circuit, this case was reassigned to the undersigned judge.  Because plaintiff continued to file repetitive, frivolous motions, on June 25, 2020, the Court issued an order which directed the Clerk's office not to accept for filing in either of these two civil actions any further submissions from plaintiff, other than a notice of appeal. Instead, to save judicial resources and postage, the Clerk was directed to scan into the record only the first page of any proposed submission, solely for administrative purposes, and discard the rest.  That order provided plaintiff with information about her appeal rights and alerted her to the 60-day time period in which to appeal.  As of October 21, 2020, plaintiff has not appealed

that order; however, she continues to try to file motions and other documents in these closed actions and has called chambers repeatedly about her claims.

On October 19, 2020, plaintiff attempted to file a document with the caption "Motions to Proceed Constitutionally Swiftly." Pursuant to the June 25, 2020 Order, only the first page was included in the court's records. That page clearly shows that plaintiff is continuing to try to raise the copyright claim which has been dismissed as well as seeking reconsideration of the June 25, 2020 Order.

To the extent plaintiff is attempting to regain the right to file documents in these two civil actions, these attempts are futile because these actions are closed. Plaintiff's complaints have been dismissed and the Court of Appeals affirmed those dismissals. The only recourse available to plaintiff is to file a petition for a writ of certiorari with the United States Supreme Court.

Plaintiff's continued filing in these closed cases and repeated phone calls to chambers are diverting judicial resources away from pending matters and must stop. Accordingly, nothing plaintiff files in these two civil actions will be addressed by this Court, and it is hereby

ORDERED that plaintiff cease *any* efforts to contact the judges of this court and their chambers staff. This judge's chambers has been directed not to answer or to immediately hang up on any future phone calls from plaintiff.

The Clerk is directed to forward copies of this Order to plaintiff pro se.

Entered this 22 day of October, 2020.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge

2